# United States Bankruptcy Court
# District of South Carolina

| IN RE: | |
|---|---|
| Michael Wayne Walters<br>1003 Sweet Juliet Way<br>Greer, SC  29650<br><br>              DEBTOR | CASE NO.: 14-02815-hb<br>CHAPTER 13 |

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

   Pursuant to 11 U.S.C. §502, the trustee has examined the proofs of claim filed in this case and objected to the allowance of any claims that appeared to be improper, except where no purpose would have been served by an objection.  After such examination and objection, if any, the trustee states that the claims listed below should be deemed allowed as described below, if such claims were timely filed.  **The Debtor and Debtor's attorney are hereby notified that the claims listed below may be allowed and paid unless a written objection to the claim is filed with the Bankruptcy Court.**

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| American Infosource LP<br>as agent for Directv, LLC<br>PO Box 51178<br>Los Angeles, CA  90051-5478 | $652.31 | UNSECURED<br><br>Account #: 4081<br>Comments: TV svc/directv |
| Central Security Group<br>2448 E 81st Street<br>Ste 4200<br>Tulsa, OK  74137-0000 | $0.00 | NOT FILED<br>$186.00<br>Account #:<br>Comments: alarm monitoring |
| CERASTES LLC<br>C/O WEINSTEIN, PINSON, AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | $2,704.72 | UNSECURED<br><br>Account #: 4347<br>Comments: cc/barclays |
| CertusBank NA<br>M. Kevin McCarrell<br>Smith Moore Leatherwood LLP<br>PO BOX 87<br>Greenville, SC  29602-0000 | $17,128.90 | UNSECURED<br><br>Account #: 1966<br>Comments: personal loan |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Chase Manhattan Mortgage<br>ATTN: BANKRUPTCY DEPT<br>3415 VISION DR<br>COLUMBUS, OH  43219-0000 | $0.00 | SECURED / SURRENDERED<br><br>Account #: 2882<br>Comments: mtg  217 oystercatcher way, s'ville |
| DEPT OF REVENUE and TAXATION<br>PO BOX 125<br>COLUMBIA, SC  29202-0000 | $0.00 | NOTICE ONLY<br><br>Account #:<br>Comments: |
| DEPT OF REVENUE and TAXATION<br>PO BOX 125<br>COLUMBIA, SC  29202-0000 | $0.00 | NOTICE ONLY<br><br>Account #:<br>Comments: |
| DEPT OF REVENUE and TAXATION<br>PO BOX 125<br>COLUMBIA, SC  29202-0000 | $0.00 | NOTICE ONLY<br><br>Account #:<br>Comments: |
| Ft Inn Natural Gas<br>100 South Weston Street<br>Fountain Inn, SC  29644-0000 | $0.00 | NOT FILED<br>$575.00<br>Account #:<br>Comments: utility bill |
| Granville J. Walters<br>107 Pendleton Court<br>Greensburg, KY  42743-0000 | $0.00 | NOT FILED<br>$1,000.00<br>Account #:<br>Comments: personal loan |
| GREEN TREE SERVICING L<br>332 MINNESOTA ST STE 610<br>SAINT PAUL, MN  55101-0000 | $0.00 | SECURED / SURRENDERED<br><br>Account #: 1468<br>Comments: mtg @ 1338 alexander ln, mauldin |
| GREENVILLE CNTY TAX COLLECTOR<br>301 UNIVERSITY RIDGE STE 700<br>GREENVILLE, SC  29601-0000 | $0.00 | NOT FILED<br>$0.00<br>Account #:<br>Comments: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Hadley Park Community Assoc.<br>c/o William Douglas Property Mgmt<br>PO Box 17542<br>Greenville, SC  29606-0000 | $1,025.00 | UNSECURED<br><br>Account #: 1338<br>Comments: HOA fees |
| Hughes Net<br>11717 Exploration Lane<br>Germantown, MD  20876-0000 | $0.00 | NOT FILED<br>$99.00<br>Account #:<br>Comments: satellite svc |
| Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA  19101-7317 | $0.00 | NOTICE ONLY<br><br>Account #:<br>Comments: |
| Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA  19101-7317 | $0.00 | NOTICE ONLY<br><br>Account #:<br>Comments: |
| Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA  19101-7317 | $0.00 | NOTICE ONLY<br><br>Account #:<br>Comments: |
| LENDINGCLUB CORPORATION<br>DEPT 34268<br>PO BOX 39000<br>SAN FRANCISCO, CA  94139-0000 | $4,723.99 | UNSECURED<br><br>Account #: 1599<br>Comments: personal loan |
| Maribelle Walters<br>97 Market Pointe Drive<br>Apt 728<br>Greenville, SC  29607-0000 | $0.00 | NOTICE ONLY<br><br>Account #:<br>Comments: GreenTree |
| Michael Wayne Walters<br>1003 Sweet Juliet Way<br>Greer, SC  29650-0000 | $0.00 | DEBTOR REFUND<br><br>Account #:<br>Comments: |
| PRA RECEIVABLES MGMT LLC<br>AGENT<br>PORTFOLIO RECOVERY ASSOC, LLC<br>PO BOX 12914<br>NORFOLK, VA  23541-0000 | $1,148.41 | UNSECURED<br><br>Account #: 1961<br>Comments: cc/capital one |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PRA RECEIVABLES MGMT LLC AGENT<br>PORTFOLIO RECOVERY ASSOC, LLC<br>PO BOX 12914<br>NORFOLK, VA  23541-0000 | $596.78 | UNSECURED<br><br>Account #: 4183<br>Comments: cc/capital one |
| PRA RECEIVABLES MGMT LLC AGENT<br>PORTFOLIO RECOVERY ASSOC, LLC<br>PO BOX 12914<br>NORFOLK, VA  23541-0000 | $4,450.97 | UNSECURED<br><br>Account #: 2222<br>Comments: chg acct/care credit |
| QUANTUM3 GROUP LLC<br>as agent for MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | $783.43 | UNSECURED<br><br>Account #: 7806<br>Comments: chg acct: GE Capital Bank/ "R"US |
| Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | $2,097.49 | UNSECURED<br><br>Account #: 4112<br>Comments: chg acct: Victoria's Secret |
| Regional Finance Corp<br>1309 - B West Poinsett Street<br>Greer, SC  29650-0000 | $0.00 | NOT FILED<br>$2,000.00<br>Account #:<br>Comments: hhg/la |
| Republic Finance Bankruptcy Center<br>7535 Airways Blvd, Suite 210<br>Southhaven, MS  38671-0000 | $6,471.32 | UNSECURED<br><br>Account #: 8290<br>Comments: hhg/la |
| RJM Acquisitions  LLC<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY  11791-3416 | $156.59 | UNSECURED<br><br>Account #: 7497<br>Comments: added |
| Shellbrook Plantation HOA<br>c/o Community Management<br>400 Regent Park Court Ste 100<br>Greenville, SC  29607-0000 | $0.00 | NOT FILED<br>$550.00<br>Account #:<br>Comments: HOA dues |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Springleaf Financial Services of SC, Inc<br>PO Box 3251<br>Evansville, IN  47731-3251 | $5,066.87 | UNSECURED<br><br>Account #: 8378<br>Comments: hhg/la |
| Thorne Blade Park Apartments<br>100 Mary Rose Lane<br>Greer, SC  29650-0000 | $0.00 | LEASE / PAID OUTSIDE<br><br>Account #:<br>Comments: residential lease |
| World Finance Corp<br>World Acceptance Corp/Attn Bankruptcy<br>Po Box 6429<br>Greenville, SC  29606-0000 | $3,655.65 | UNSECURED<br><br>Account #: 377/5594<br>Comments: hhg/la |
| TOTAL: | $50,662.43 | |

| NAME AND ADDRESS OF ATTORNEY | AMOUNT | CLASSIFICATION |
|---|---|---|
| Gina R. McMaster, Esq.<br>8 Williams St.<br>Greenville, SC  29601-0000 | $2,425.00 | ATTORNEY FEE<br><br>Account #:<br>Comments: |

**NO CREDITOR WILL BE PAID UNLESS A CLAIM HAS BEEN TIMELY FILED.**

### CERTIFICATE OF SERVICE

The below signed states that she served the NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS on the Debtor, by causing to be mailed, on this date, copies of the NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS, first-class, postage prepaid at the address listed above. The below signed states that she caused the NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS to be served on the Attorney for the Debtor via electronic mail transmission and Notice of Electronic filing to:

Attorney for Debtor:
Gina R. McMaster, Esq.
mcmasterlawfirm@hotmail.com

Date: 07/30/2015

/s/ Gretchen D. Holland

Gretchen D. Holland, Chapter 13 Trustee
20 Roper Corners Cir Ste C
Greenville, SC  29615-4833
864-242-0314
864-242-3679 Facsimile