**210B (12/09**)

# United States Bankruptcy Court

District of South Carolina
Case No. 14-02815-hb
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael Wayne Walters
1003 Sweet Juliet Way
Greer SC 29650

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/06/2015.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Lending Club Corp, 71 Stevenson St Ste 300, San Francisco CA 94105 | LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/08/15

Laura A. Austin
**CLERK OF THE COURT**

United States Bankruptcy Court
District of South Carolina

In re:
Michael Wayne Walters
    Debtor

Case No. 14-02815-hb
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0420-7    User: baker    Page 1 of 1    Date Rcvd: Oct 06, 2015
                     Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
542576654       +E-mail/Text: bk@lendingclub.com Oct 06 2015 22:23:36      Lending Club Corp,
         71 Stevenson St Ste 300,    San Francisco CA 94105-2985
                                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2015                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2015 at the address(es) listed below:
         Gina R. McMaster    on behalf of Debtor Michael Wayne Walters mcmasterlawfirm@hotmail.com, mcmasterlawfirm@gmail.com
         Gretchen D. Holland    gdh@upstate13.com, mark@upstate13.com;yolanda@upstate13.com;pacer@upstate13.com;towanya@upstate13.com
         John B. Kelchner    on behalf of Creditor    JPMorgan Chase Bank, National Association john.kelchner@hskplaw.com, Vanessa.hartley@hskplaw.com
         Travis E. Menk    on behalf of Creditor    Green Tree Servicing, LLC travis.menk@brockandscott.com, scbkr@brockandscott.com;wbecf@brockandscott.com
         US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                                                        TOTAL: 5